NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

IAN SEAN PARKER,                        )
                                        )
            Appellant,                  )
                                        )
v.                                      )       Case No. 2D17-1890
                                        )
STATE OF FLORIDA,                       )
                                        )
            Appellee.                   )
_____    )

Opinion filed September 12, 2018.

Appeal from the Circuit Court for Manatee
County; Susan Maulucci, Judge.

Howard L. Dimmig, II, Public Defender, and
Julius J. Aulisio, Assistant Public Defender,
Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, for Appellee.


PER CURIAM.


            Affirmed.


NORTHCUTT, VILLANTI, and ATKINSON, JJ., Concur.